**E-FILED on**    12/3/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MARISSA B. LAMUG and DAN FAMULARCANO,<br><br>        Appellants. | No. C-09-00904 RMW<br><br>ORDER TO SHOW CAUSE |

     The instant bankruptcy appeal was filed on March 2, 2009, and no action has been taken on the matter since. The court therefore orders appellant to appear at 9:00 a.m. on December 18, 2009 and show cause why the case should not be dismissed for lack of prosecution.

DATED:     12/3/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-09-00904 RMW
JAS

**United States District Court**
For the Northern District of California

1  **Notice of this document has been sent to:**

2  **Counsel for Appellants:**

3  Drew Henwood
   Law Offices of Drew Henwood
4  41 Sutter Street
   Suite 621
5  San Francisco, CA 94104

6  **Miscellaneous:**

7  Roger L. Efremsky
   US Bankruptcy Court
8  280 South First Street
   Room 3035
9  San Jose, CA 95113

10 **Trustee:**

11 Carol Wu
   25A Crescent Dr. #413
12 Pleasant Hill, CA 94523

13 **Counsel for Trustee:**

14 John Stephen Wesolowski          john.wesolowski@usdoj.gov

15

16 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

17

18

19 **Dated:**   12/3/09                              CCL
                                        **Chambers of Judge Whyte**

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE—No. C-09-00904 RMW
JAS                                                  2