**E-FILED on** 1/4/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re MARISSA B. LAMUG and DAN FAMULARCANO,

Appellants.

No. C-09-00904 RMW

ORDER DISMISSING ACTION

The instant bankruptcy appeal was filed on March 2, 2009, and no action has been taken on the matter since. On December 3, 2009, the court issued an order requiring appellants to appear on December 18, 2009 and to show cause why the case should not be dismissed for lack of prosecution. Appellants' counsel did not file any written response but did appear at the hearing. His only explanation for his failure to take any action after filing the notice of appeal was that he had not handled a bankruptcy appeal before and therefore did not know what to do.[1] Even a cursory review of the Federal Rules of Bankruptcy Procedure would have informed appellants' counsel of the

---

[1] The court notes that the business card that appellants' counsel handed to the court reporter states that he has practiced bankruptcy law since 1985. Although counsel represented at the hearing that this is his first bankruptcy appeal, it is unreasonable to excuse an attorney, especially one who specializes in bankruptcy and has been practicing for over a decade, for failure to look at the statutory rules governing bankruptcy procedure and failure to take any action to pursue a bankruptcy appeal for over nine months.

ORDER DISMISSING ACTION—No. C-09-00904 RMW
CCL

1 deadline for filing with the clerk and serving on the appellee a designation of the items to be
2 included in the record on appeal and a statement of the issues to be presented. The court finds
3 appellants' failure to take any action in this case for over nine months justifies, if not requires,
4 dismissal for failure to prosecute. Therefore, the court dismisses the action. The clerk shall close
5 the file.

DATED: 1/4/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Counsel for Appellants:**

Drew Henwood
Law Offices of Drew Henwood
41 Sutter Street
Suite 621
San Francisco, CA 94104

**Counsel for Trustee:**

John Stephen Wesolowski    john.wesolowski@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   1/4/10                              CCL
                                         **Chambers of Judge Whyte**